89 A.3d 1222

IN THE MATTER OF BRANDON D. WALCOTT, AN ATTORNEY
AT LAW (ATTORNEY NO. 008272011).

May 14, 2014.

## ORDER

This matter have been duly presented to pursuant to *Rule* 1:20–10(b), following the granting of a motion for discipline by consent in DRB 14–015 of **BRANDON D. WALCOTT** of **OCEAN VIEW**, who was admitted to the bar of this State in 2011;

And the Office of Attorney Ethics and respondent having signed a stipulation of discipline by consent in which it was agreed that respondent violated *RPC* 4.1(a)(1) (knowingly making a false statement of material fact to a third person), *RPC* 8.4(c) (conduct involving dishonesty, deceit or misrepresentation) and *RPC* 8.4(d) (conduct prejudicial to the administration of justice);

And the parties having agreed that respondent's conduct violated *RPC* 4.1(a)(1), *RPC* 8.4(c), *RPC* 8.4(d), and that said conduct warrants a reprimand or lesser discipline;

And the Disciplinary Review Board having found that respondent violated *RPC* 4.1(a)(1) and *RPC* 8.4(c) and having determined to dismiss the charged violation of *RPC* 8.4(d) in this matter, and having concluded that a reprimand is the appropriate discipline for respondent's unethical conduct and having granted the motion for discipline by consent in District Docket No. XIV–2012–0535E;

And the Disciplinary Review Board having submitted the record of the proceedings to the Clerk of the Supreme Court for the entry of an order of discipline in accordance with *Rule* 1:20–16(e);

And good cause appearing;

It is ORDERED that **BRANDON D. WALCOTT** of **OCEAN VIEW** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.